936

No. 75–1512.  FRIERSON ET AL. v. WEST, GOVERNOR OF SOUTH CAROLINA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 75–1519.  FAHEY v. HOLY FAMILY HOSPITAL. App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 75–1523.  KARR v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 75–1524.  TRUSTEES OF READING BODY WORKS, INC., ET AL. v. SECURITIES INVESTOR PROTECTION CORP. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 75–1525.  NEREUS SHIPPING, S. A. v. COMPANIA ESPANOLA DE PETROLEOS, S. A., ET AL.  C. A. 2d Cir. Certiorari denied.

No. 75–1546.  KNIGHT v. HOLDER ET AL.  Sup. Ct. Miss.  Certiorari denied.

No. 75–1549.  SINCLAIR ET AL. v. WILLIAMS ET AL. C. A. 9th Cir.  Certiorari denied.

No. 75–1595.  LUBOW v. HOLLANDER ET AL.  Ct. App. Md.  Certiorari denied.

No. 75–1648.  DEERING MILLIKEN RESEARCH CORP. v. BEAUNIT CORP.  C. A. 4th Cir.  Certiorari denied.

No. 75–6346.  GENTILE v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.